March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

MOUHAME SANOGO

                  Defendant(s).
-------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEOCONFERENCE**

\_\_\_\_-CR-_____(\_\_)(\_\_)

20mj 11896

Defendant ___MOUHAME SANOGO___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓    Initial Appearance/Appointment of Counsel

\_\_\_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_    Preliminary Hearing on Felony Complaint

\_\_\_    Bail/Revocation/Detention Hearing

\_\_\_    Status and/or Scheduling Conference

\_\_\_    Misdemeanor Plea/Trial/Sentence


_Merreme Sarelle_
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_MOUHAME SANOGO_
_____
Print Defendant's Name

_____
Defense Counsel's Signature

_MARC L. GREENWALD_
_____
Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.

_11/04/20_
_____
Date

_Stewart D. Aaron_
_____
U.S. Magistrate Judge